**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

| | |
|---|---|
| **EDWIN ESAU MENDEZ-REGALADO** | **CIVIL ACTION NO. 1:26-2481** |
| | **SECTION P** |
| **VS.** | **JUDGE JERRY EDWARDS, JR.** |
| **E. GARICA, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**REPORT AND RECOMMENDATION**

Petitioner Edwin Esau Mendez-Regalado,[1] a detainee in the custody of the Department of Homeland Security ("DHS") and the Bureau of Immigration and Customs Enforcement ("ICE"), petitions for a writ of habeas corpus under 28 U.S.C. § 2241.[2] Respondents oppose the petition. [doc. # 6]. For reasons below, the Court should deny the petition.

**Background**

Petitioner is a citizen of El Salvador. He "came to the USA as a minor child when [he] was around 9 years of age." [doc. # 1, p. 6]. He "grew up and called home, Fayetteville, Arkansas, USA." *Id.* at 7. He "never asked [his] parents to bring [him] to the USA and didn't know what [he] was doing was wrong." *Id.* at 6. He has never been back to El Salvador and does not "know much about it anymore." *Id.* He has two daughters who are United States

---

[1] Petitioner's "A Number" is 204-458-888.

[2] This matter has been referred to the undersigned for review, report, and recommendation under 28 U.S.C. § 636, and the standing orders of the Court.

citizens. *Id.* His wife and daughters cannot move with him to El Salvador "as it will affect everything in their [lives] fiscally and mentally." *Id.*

In 2013, Petitioner obtained status under Deferred Action for Childhood Arrivals ("DACA"). [doc. # 1, p. 6].

"On December 16, 2024, Petitioner was convicted in the Circuit Court of Benton County, Arkansas for the offense of Forgery in the Second Degree, in violation of A.C.A. 5-37-201(a)(1)(c)(1)(3)(e)." [doc. # 6, p. 1].

ICE detained Petitioner on April 10, 2026. [doc. # 1, p. 4].

On May 14, 2026, an immigration judge ordered Petitioner removed to El Salvador. [doc. # 1-2, p. 1]. On approximately June 22, 2026, Petitioner appealed the removal order to the Board of Immigration Appeals; his appeal is pending.

Petitioner filed this proceeding on approximately July 13, 2026. He claims that he is entitled to relief under DACA. [doc. # 1, p. 6].

Respondents opposed the petition on August 20, 2026. [doc. # 6].

**Law and Analysis**

As above, Petitioner claims that he is entitled to relief under DACA. [doc. # 1, p. 6]. DHS granted Petitioner deferred removal under DACA, "valid from 06/13/2013 to 06/12/2015." [doc. # 6-3]. As the Government states, "his DACA grant terminated on June 12, 2015." [doc. # 6, p. 2]. Moreover, nothing of record shows that Petitioner reapplied for DACA status after his prior grant expired. The undersigned agrees with the Government that Petitioner's prior DACA status "is not a valid basis for release of this Petitioner." *Id.*

The Court should deny this claim.

**Recommendation**

For reasons above, **IT IS RECOMMENDED** that Petitioner Edwin Esau Mendez-Regalado's petition be **DENIED AND DISMISSED WITHOUT PREJUDICE**.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Rule 72(b), parties aggrieved by this recommendation have fourteen (14) days from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after being served with a copy of any objections or response to the district judge at the time of filing.

**Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service, or within the time frame authorized by Fed. R. Civ. P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error.** ***See Douglass v. United Services Automobile Association*****, 79 F.3d 1415 (5th Cir. 1996).**

In Chambers, Monroe, Louisiana, this 17th day of September, 2026.

Kayla Dye McClusky
United States Magistrate Judge