**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **EDWIN ESAU MENDEZ-REGALADO #A204-458-888** | **CASE NO. 1:26-CV-02481 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **E GARCIA ET AL** | **MAG. JUDGE MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered (Doc. 7), and after a *de novo* review of the record, including the Amended Petition[1] and Objection filed by Petitioner, the Court finds that the recommendation of the Magistrate Judge is correct under applicable law. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of Habeas Corpus (Docs. 1 and 8) is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

THUS DONE in Chambers on this 6th day of October, 2026.

Jerry Edwards, Jr.
United States District Judge

[1] The Amended Petition does not raise any new arguments, it restates the claims made in the Original Petition.